# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

134686

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DONALD ALLEN HOLOWESKI,
        Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134686
COA: 278029
Oakland CC: 03-190273-FH

_____/

On order of the Court, the application for leave to appeal the June 27, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

_____
Clerk

p1022